## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: NENNEH SESAY, | : | CIVIL ACTION NOS. |
| --- | --- | --- |
| *Plaintiff.* | : | 22-CV-0082 |
| | : | 22-CV-0083 |
| | : | 22-CV-0119 |
| | : | 22-CV-0934 |
| | : | 22-CV-0936 |
| | : | 22-CV-0938 |
| | : | 22-CV-0939 |
| | : | 22-CV-1026 |
| | : | 22-CV-1061 |
| | : | 22-CV-1062 |
| | : | 22-CV-1067 |
| | : | 22-CV-1068 |
| | : | 22-CV-1069 |
| | : | 22-CV-1158 |
| | : | 22-CV-1254 |
| | : | |

## ORDER

AND NOW, this 12th day of April, 2022, upon consideration of Plaintiff Nenneh Sesay's Motions to Proceed *In Forma Pauperis* and Complaints in Civil Action Nos. 22-0082, 22-0083, 22-0119, 22-0934, 22-0936, 22-0938, 22-0939, 22-1026, 22-1061, 22-1062, 22-1067, 22-1068, 22-1069, 22-1158, and 22-1254, and consistent with the accompanying Memorandum of Law, it is **ORDERED** that:

1. Sesay is **GRANTED** leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in Civil Action Nos. 22-0082, 22-0083, 22-0119, 22-0934, 22-0936, 22-0938, 22-0939, 22-1026, 22-1061, 22-1062, 22-1067, 22-1068, 22-1069, 22-1158, and 22-1254.

2. The Complaints in Civil Action Nos. 22-0082, 22-0083, 22-0119, 22-0934, 22-0936, 22-0938, 22-0939, 22-1026, 22-1061, 22-1062, 22-1067, 22-1068, 22-1069, 22-1158, and 22-1254 are **DEEMED** filed.

3. The Complaints in Civil Action Nos. 22-0082, 22-0083, 22-0119, 22-0934, 22-0936, 22-0938, 22-0939, 22-1026, 22-1061, 22-1062, 22-1067, 22-1068, 22-1069, 22-1158, and 22-1254 are **DISMISSED** for the reasons discussed in the Court's Memorandum.  Sesay may not amend her complaint in these cases as amendment would be futile.  All of Sesay's claims are **DISMISSED WITH PREJUDICE** with the exception of any state law claims dismissed for lack of subject matter jurisdiction, which are **DISMISSED WITHOUT PREJUDICE** to Sesay's right to file these claims in an appropriate state court.

3. Sesay's Motions requesting to see the Judge and obtain a cash settlement (ECF 4, Civ. A. No. 22-0934); (ECF 3, Civ. A. No. 22-0936); (ECF 3, Civ. A. No. 22-0938); (ECF 3, Civ. A. No. 22-0939); and (ECF 3, Civ. A. No. 22-1254) are **DENIED AS MOOT**.

4. If Sesay files any more groundless complaints, the Court will consider the appropriateness of an injunction barring her from filing new civil actions on an *in forma pauperis* basis in the future.

5. The Court certifies that any appeal from this Order is not taken in good faith.  *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

6. The Clerk of Court is **DIRECTED** to **CLOSE** these cases.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.